UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
YASEEN TRAYNOR, on behalf of himself and
all others similarly situated,

          Plaintiffs,

v.

OSPREY PACKS, INC.,

          Defendant.
------------------------------------------------------------------ x

Case No.:
19-cv-03415 (JPO) (GWG)

**SECOND STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for YASEEN TRAYNOR ("Plaintiff") and OSPREY PACKS, INC. ("Defendant"), that Defendant's time to answer, move, or otherwise respond to the Complaint in the within action is hereby extended from June 14, 2019 to and including July 12, 2019.

**IT IS FURTHER STIPULATED AND AGREED**, that the reason for this second request for an extension is to allow the parties to finalize a settlement agreement, and that this Stipulation may be executed in counterparts, with scanned PDF or facsimile signatures treated as originals.

Dated: New York, New York
       June 13, 2019

STEIN SAKS, PLLC

By: _/s/ Dov Michael Mittelman_
     Dov Michael Mittelman, Esq.
285 Passaic Street
Hackensack, New Jersey 07601
(201) 282-6500
mittelmandov@yahoo.com
*Attorneys for Plaintiff*

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT, LLP

By: _____
     Elizabeth E. Schlissel, Esq.
900 Third Avenue
New York, New York 10022
(212) 508-6714
schlissel@thsh.com
*Attorneys for Defendant*

**SO ORDERED:**

     Date:  June 14, 2019
               New York, New York

_____
J. PAUL OETKEN
United States District Judge