UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

YASEEN TRAYNOR, on behalf of himself and
all others similarly situated,

                Plaintiffs,

v.

OSPREY PACKS, INC.,

                Defendant.

----------------------------------------------------------------x

Case No.:
19-cv-03415 (JPO) (GWG)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for YASEEN TRAYNOR ("Plaintiff") and OSPREY PACKS, INC. ("Defendant"), that the above-captioned action is discontinued and is hereby dismissed with prejudice, without costs or attorneys' fees to any party.

Dated this 27 day of June, 2019.

Dated this 1 day of July, 2019

STEIN SAKS, PLLC

By: _____

David Paul Force
285 Passaic Street
Hackensack, New Jersey 07601
(201) 282-6500
dforce@steinsakslegal.com
*Attorneys for Plaintiff*

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT, LLP

By: _____

Elizabeth E. Schlissel, Esq.
900 Third Avenue
New York, New York 10022
(212) 508-6714
schlissel@thsh.com
*Attorneys for Defendant*

**SO ORDERED:**

_____
Magistrate Judge Gabriel W. Gorenstein

20723526.2

- 10 -